

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KELLY HOAG,

          Plaintiff,

v.

CAROLYN W. COLVIN,
*Commissioner, Social Security Administration*,

          Defendant.

Civil Action No. 3:13-CV-477

## ORDER

THIS MATTER is before the Court on Kelly Hoag's objections to Judge David J. Novak's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of an application for Social Security Disability and Supplemental Security Income payments (ECF No. 17). The decision of Defendant Carolyn W. Colvin, the Commissioner of the Social Security Administration, to deny benefits was based on a finding by an Administrative Law Judge ("ALJ") who determined that Hoag is not disabled according to the Social Security Act ("Act"). For the reasons set forth in the accompanying Memorandum Opinion, the Court OVERRULES Hoag's objections and ADOPTS Judge Novak's R&R as the ruling of this Court. Accordingly, Hoag's Motion for Summary Judgment (ECF No. 9) is hereby DENIED, Colvin's Motion for Summary Judgment (ECF No. 13) is hereby GRANTED, and the final decision of the Commissioner is hereby AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Senior U. S. District Judge

ENTERED this 30th day of September 2014.